# ATTACHMENT B

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

February 4, 2022

FEB 0 9 2022

Attorney John L Calcagni III
72 Clifford St. Suite 300
Providence, RI  02903

Re:   Ruiz-Villalona, Jose
      D.O.B    10/10/1972
      USMS#   25737-038

Dear Attorney Calcagni:

Please be advised, Mr. Ruiz-Villalona was received at the Donald W. Wyatt Detention Facility on December 30, 2020.  He is being held currently for the United States Marshals Service, District of Massachusetts.

Mr. Ruiz-Villalona is currently participating in the Detainee Worker Program as a Kitchen worker since August 6, 2021 and has completed Basic Kitchen Standards, his certificate is attached.

Mr. Ruiz-Villalona has been disciplinary infraction free and he has participated in Adjustment to Incarceration and Criminal Lifestyles programs; his certificates are attached.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

D. Martin
Warden

DWM/ab